**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:05 CV 435**

| | | |
|---|---|---|
| **RANDI IMBRIANO** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CHARLOTTE-MECKLENBURG BOARD** | ) | |
| **OF EDUCATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.  Counsel for the parties shall appear before the undersigned on **June 19, 2007** prepared to summarize the status of this case and to argue any pending motions, including "Defendant's Motion for Summary Judgement" (Document No. 23).  The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion will be ripe for disposition.

   **IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **June 19, 2007** for a Motions Hearing.  The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

   **SO ORDERED**.

       Signed: May 18, 2007

       David C. Keesler
       United States Magistrate Judge