**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05 CV 435**

| | | |
|---|---|---|
| **RANDI IMBRIANO** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CHARLOTTE-MECKLENBURG BOARD** | ) | |
| **OF EDUCATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.  The hearing in this matter is rescheduled for **July 17, 2007.**  Counsel for the parties shall be prepared to summarize the status of this case and to argue any pending motions, including "Defendant's Motion for Summary Judgement" (Document No. 23).  The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is ripe for disposition.

      **IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **July 17, 2007** for a Motions Hearing.  The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

      **SO ORDERED**.

        Signed: June 4, 2007

David C. Keesler
United States Magistrate Judge