# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Randi Imbriano,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                3:05-cv-435

Charlotte-Mecklenburg Bd. Of Ed.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2007 Order.

Signed: August 14, 2007

Frank G. Johns, Clerk
United States District Court